No. 636. BRUSWITZ ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this application. *Bruno Schachner* for Koenke, and *Frederick H. Block* for Bruswitz, petitioners. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, John H. Mitchell, Joseph M. Howard* and *Harold S. Larsen* for the United States.

No. 30. NATIONAL CITY BANK OF NEW YORK *v.* REPUBLIC OF CHINA ET AL., 348 U. S. 356. Rehearing denied. MR. JUSTICE DOUGLAS and MR. JUSTICE HARLAN took no part in the consideration or decision of this application.

No. 153. SECURITIES AND EXCHANGE COMMISSION *v.* DREXEL & CO., 348 U. S. 341. Rehearing denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this application.

APRIL 25, 1955.

No. 575. DONADUCY *v.* PENNSYLVANIA. Appeal from the Supreme Court of Pennsylvania, Western District. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. MR. JUSTICE BLACK dissents. *Herbert Monte Levy* for appellant. *Wayne A. Gleeten* for appellee.